

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00018-CR
No. 02-22-00019-CR

THE STATE OF TEXAS, Appellant

V.

JOSEPH TURNER

---

On Appeal from the 235th District Court
Cooke County, Texas
Trial Court No. CR21-00132, CR21-00133

---

## ORDER

We have considered the request for an extension of time to file the supplemental clerk's record in this appeal.

The request is **GRANTED**. The supplemental clerk's record is ORDERED due for filing containing written findings of fact and conclusions of law in this court no later than **Friday, September 30, 2022**.

We direct the clerk of this court to send a notice of this order to the attorneys of record, the trial court judge, and the trial court clerk.

Dated August 1, 2022.

Per Curiam